## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA E. ABU GHAZALEH, Derivatively on Behalf of Nominal Defendant GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP., | )<br>)<br>)<br>)<br>) Case No. _____<br>) |
| Plaintiff, | ) JURY TRIAL DEMANDED<br>) |
| v. | )<br>) |
| ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, RICHARD MIAO, JASON RYAN, ELI D. CASDIN, EMILY LEPROUST, KEITH MEISTER, JOSHUA RUCH, RACHEL SHERMAN, NAT TURNER, DENNIS CHARNEY, and MICHAEL PELLINI, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP., | )<br>)<br>) |
| Nominal Defendant. | )<br>)<br>) |

## VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Plaintiff Patricia E. Abu Ghazaleh ("Plaintiff"), by and through her undersigned attorneys, brings this derivative complaint for the benefit of nominal defendant GeneDx Holdings Corp., formerly Sema4 Holdings Corp. ("Sema4," "GeneDx," or the "Company"), against certain of its current and former executive officers and members of the Company's Board of Directors (the "Board") for breaches of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"). Plaintiff alleges the following based upon personal knowledge as to herself and her own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, review of Defendants' publicly available documents,

1

conference call transcripts and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, press releases published by and regarding Sema4, legal filings, news reports, securities analysts' reports about the Company, and other publicly available information.

## NATURE OF THE ACTION

1.      This is a shareholder derivative action brought on behalf of Sema4 against certain current and former officers and members of the Company's Board (collectively, the "Individual Defendants") (defined below) for, among other things, breaching their fiduciary duties to the Company and its stockholders by intentionally or recklessly making or permitting the dissemination of false and misleading statements and omissions between March 14, 2022 and August 15, 2022 (the "Relevant Period") regarding the Company's business prospects.

2.      Sema4 is a health company that uses artificial intelligence ("AI") to enable personalized medicine. The Company's platform leverages longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other data to deliver better outcomes for patients. Sema4 derives the majority of its revenue from its Women's Health and Oncology diagnostic solutions. Specifically, Women's Health solutions include carrier screening, non-invasive prenatal testing, and newborn screening, while oncology solutions include hereditary cancer testing, molecular profiling, and genomic data collection.

3.      During the Relevant Period, the Individual Defendants made or caused the Company to make numerous inaccurate representations. For instance, the Individual Defendants consistently touted the Company's test volumes and positively represented increases in payors or reimbursements that the Company received. The Individual Defendants also claimed that the Company experienced improvements in revenue and average selling prices of tests ("ASPs"). Further, the Individual Defendants claimed the Company's Women's Health Division was strengthening and that the

Company's data platform, Centrellis, was strong and viable for potential growth.

4.      The truth regarding Individual Defendants' misrepresentations was revealed on August 15, 2022, when, after the market closed, Sema4 announced changes to its research and development leadership team, including that defendant Eric Schadt was stepping down from his roles as President and Chief Research and Development ("R&D") Officer. The Company also disclosed that it was eliminating approximately 13% of its workforce as part of a series of restructuring and corporate realignments and that the Company was also eliminating its somatic oncology testing business. During the related conference call, Sema4 revealed that it had "reversed $30.1 million of revenue this quarter related to prior periods," in connection with negotiations with "one of [Sema4's] larger commercial payors regarding the potential recoupment of payments for Sema4 carrier screening services rendered from 2018 to early 2022."

5.      On this news, Sema4's stock fell $0.80, or 33.3%, to close at $1.60 per share on August 16, 2022. As a result of the Individual Defendants' improper statements, the Company is now facing a securities class action on behalf of aggrieved investors in the United States District Court for the District of Connecticut, captioned *Helo v. Sema4 Holdings Corp. et al,* Case No. 3:22-cv-01131-JBA (D. Conn.) (the "Securities Action"). The Securities Action has exposed the Company to enormous class-action liability.

6.      As set forth herein, the Individual Defendants breached their fiduciary duties by issuing, causing the issuance of, and/or failing to correct the materially false and misleading statements and omissions of material fact to the investing public about the Company's business prospects, particularly with respect to Women's Health and Centrellis. Additionally, in breach of their fiduciary duties, the Individual Defendants caused the Company to fail to maintain adequate internal controls.

7.      In light of the Individual Defendants' misconduct—which has given rise to liability

3

in the Securities Action and the Company's expenditure of time and resources defending itself, the need to undertake internal investigations, the need to implement adequate internal controls over its financial reporting, losses from the waste of corporate assets, and losses due to the unjust enrichment of the Individual Defendants who were improperly overcompensated by the Company and/or who benefitted from the wrongdoing alleged herein—the Company will have to expend millions of dollars.

8.      Moreover, in light of the breaches of fiduciary duty engaged in by the Individual Defendants, most of whom are the Company's current directors, their collective engagement in fraud, the substantial likelihood of the directors' liability in this derivative action and Defendants' liability in the Securities Action, their being beholden to each other, and their longstanding business and personal relationships with each other, a majority of Sema4's Board lack the requisite disinterestedness and independence to consider a demand to commence litigation against themselves and the other Individual Defendants on behalf of the Company in the valid exercise of business judgment. Accordingly, Plaintiff did not make a demand on the Board because, as further detailed herein, demand would be a futile and useless act.

## JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and Section 27 of the Securities Exchange Act of 1934 (the "Exchange Act") over the claims asserted herein for violations of sections 10(b) of the Exchange Act and Rule 10b-5 (17 C.F.R.§240.10b-5) promulgated thereunder by the SEC.

10.     There are additional grounds for federal jurisdiction based on diversity of citizenship by the parties pursuant to 28 U.S.C. § 1332.  The amount in controversy exceeds $75,000.

11.     This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

12. This action is not a collusive action designed to confer jurisdiction on a court of the United States that it would not otherwise have.

13. In connection with the acts, conduct and other wrongs complained of herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, the United States mail, and the facilities of a national securities market.

14. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1401 because Nominal Defendant Sema4 is incorporated in this District and conducts business in this District.

## PARTIES

*Plaintiff*

15. Plaintiff is and, since July 2021, has been a continuous shareholder of Sema4 common stock. Plaintiff is a citizen of Nevada.

*Nominal Defendant*

16. Nominal Defendant Sema4 is incorporated under the laws of Delaware with its principal executive offices located in Stamford, Connecticut. Sema4's Class A common stock previously traded on the NASDAQ exchange under the symbol "SMFR." GeneDx's common stock trades on the NASDAQ exchange under the symbol "WGS." Nominal Defendant Sema4 is a citizen of Delaware and Connecticut.

*Individual Defendants*

17. Defendant Eric Schadt is the founder of Sema4 and served as its Chief Executive Officer ("CEO") until May 2022. Defendant Schadt received $3,161,612 in compensation from the Company in 2022. Defendant Schadt is named as a defendant in the Securities Action. Defendant Schadt is a citizen of New York.

18. Defendant Katherine Stueland has served as the Company's CEO since May 2022. Prior to the Company's acquisition of GeneDx, she was the President and CEO of GeneDx.

5

Defendant Stueland received $11,882,354 in compensation from the Company in 2022. Defendant Stueland is named as defendant in the Securities Action. Defendant Stueland is a citizen of New York.

19.     Defendant Isaac Ro was Sema4's Chief Financial Officer ("CFO") from July 2021 to June 14, 2022. Defendant Ro is named as a defendant in the Securities Action. Defendant Ro is a citizen of Connecticut.

20.     Defendant Richard Miao served as Sema4's Interim CFO from June 14, 2022 to September 2, 2022. Defendant Miao is named as a defendant in the Securities Action. Defendant Miao is a citizen of New York.

21.     Defendant Jason Ryan is Executive Chair of Sema4's Board of Directors and has served as a director since July 2021. Defendant Ryan received $3,193,461 in compensation from the Company in 2022. Defendant Ryan is a citizen of Massachusetts.

22.     Defendant Eli D. Casdin has served as a director since July 2021. Defendant Casdin received $262,221 in compensation from the Company in 2022. Defendant Casdin is a citizen of New York.

23.     Defendant Emily Leproust has served as a director since July 2021. Defendant Leproust received $262,846 in compensation from the Company in 2022. Defendant Leprous is a citizen of Montana.

24.     Defendant Keith Meister has served as a director since January 2022. Defendant Meister received $272,846 in compensation from the Company in 2022. Defendant Meister is a citizen of New York.

25.     Defendant Joshua Ruch has served as a director since November 2017. Defendant Ruch received $272,846 in compensation from the Company in 2022. Defendant Ruch is a citizen of New York.

26.     Defendant Rachel Sherman served as a director from March 2020 until June 2023. Defendant Sherman received $270,346 in compensation from the Company in 2022.  Defendant Sherman is a citizen of Maryland.

27.     Defendant Nat Turner served as a director from July 2021 until April 2022.  Defendant Turner received $11,875 in compensation from the Company in 2022.  Defendant Turner is a citizen of New York.

28.     Defendant Dennis Charney served as a director from June 2017 until June 2023. Defendant Charney is a citizen of New York.

29.     Defendant Michael Pellini served as a director from August 2019 until February 2023. Defendant Pellini received $252,846 in compensation in 2022.  Defendant Pellini is a citizen of California.

30.     Defendants referenced in paragraphs 21 through 29 are herein referred to as the "Director Defendants."  Defendants referenced in paragraphs 17 through 29 are collectively referred to herein as the "Individual Defendants."  The Individual Defendants, together with Sema4, are herein referred to as "Defendants."

## FIDUCIARY DUTIES OF THE INDIVIDUAL DEFENDANTS

31.     By reason of their positions as officers and/or directors of Sema4, and because of their ability to control the business and corporate affairs of Sema4, the Individual Defendants owed Sema4 and its shareholders fiduciary obligations of trust, loyalty, good faith, and due care, and were and are required to use their utmost ability to control and manage Sema4 in a fair, just, honest, and equitable manner.  The Individual Defendants were and are required to act in furtherance of the best interests of Sema4 and its shareholders so as to benefit all shareholders equally.

32.     Each director and officer of the Company owes to Sema4 and its shareholders the fiduciary duty to exercise good faith and diligence in the administration of the Company and in the

use and preservation of its property and assets and the highest obligation of fair dealing.

33.     The Individual Defendants, because of their positions of control and authority as directors and/or officers of Sema4, were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein.

34.     To discharge their duties, the officers and directors of Sema4 were required to exercise reasonable and prudent supervision over the management, policies, controls, and operations of the Company.

35.     Each Individual Defendant, by virtue of his or her position as a director and/or officer owed to the Company and to its shareholders the highest fiduciary duties of loyalty, good faith, and the exercise of due care and diligence in the management and administration of the affairs of the Company, as well as in the use and preservation of its property and assets.  The conduct of the Individual Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and/or officers of Sema4, the absence of good faith on their part, or a reckless disregard for their duties to the Company and its shareholders that the Individual Defendants were aware or should have been aware posed a risk of serious injury to the Company.

36.     As senior executive officer and directors of a publicly-traded company whose common stock was registered with the SEC pursuant to the Exchange Act and traded on the Nasdaq, the Individual Defendants had a duty to prevent and not to allow the dissemination of inaccurate and untruthful information with respect to the Company's financial condition, performance, growth, financial statements, products, management, internal controls, earnings, and present and future business prospects, including the dissemination of false and/or materially misleading information regarding the Company's business, prospects, and operations, and had a duty to cause the Company to disclose in its regulatory filings with the SEC all those facts described in this Complaint that it failed to disclose, so that the market price of the Company's common stock would be based upon

truthful, accurate, and fairly presented information.

37.     To discharge their duties, the officers and directors of Sema4 were required to exercise reasonable and prudent supervision over the management, policies, practices, and internal controls of the Company.  By virtue of such duties, the officers and directors of Sema4 were required to, among other things:

(a)     ensure that the Company was operated in a diligent, honest, and prudent manner in accordance with the laws and regulations of Delaware and the United States, and pursuant to Sema4's own Code of Business Conduct (the "Code of Conduct");

(b)     conduct the affairs of the Company in an efficient, business-like manner so as to make it possible to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

(c)     remain informed as to how Sema4 conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, to make reasonable inquiry in connection therewith, and to take steps to correct such conditions or practices;

(d)     establish and maintain systematic and accurate records and reports of the business and internal affairs of Sema4 and procedures for the reporting of the business and internal affairs to the Board and to periodically investigate, or cause independent investigation to be made of, said reports and records;

(e)     maintain and implement an adequate and functioning system of internal legal, financial, and management controls, such that Sema4's operations would comply with all applicable laws and Sema4's financial statements and regulatory filings filed with the SEC and disseminated to the public and the Company's shareholders would be accurate;

(f)     exercise reasonable control and supervision over the public statements made by the Company's officers and employees and any other reports or information that the Company

was required by law to disseminate;

(g)     refrain from unduly benefiting themselves and other Company insiders at the expense of the Company; and

(h)     examine and evaluate any reports of examinations, audits, or other financial information concerning the financial affairs of the Company and to make full and accurate disclosure of all material facts concerning, inter alia, each of the subjects and duties set forth above.

38.    Each of the Individual Defendants further owed to Sema4 and the shareholders the duty of loyalty requiring that each favor Sema4's interest and that of its shareholders over their own while conducting the affairs of the Company and refrain from using their position, influence, or knowledge of the affairs of the Company to gain personal advantage.

39.    At all times relevant hereto, the Individual Defendants were the agents of each other and of Sema4 and were at all times acting within the course and scope of such agency.

40.    Because of their advisory, executive, managerial, and directorial positions with Sema4, each of the Individual Defendants had access to adverse, non-public information about the Company.

41.    The Individual Defendants, because of their positions of control and authority, were able to and did, directly or indirectly, exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by Sema4.

## CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION

42.    In committing the wrongful acts alleged herein, the Individual Defendants have pursued, or joined in the pursuit of, a common course of conduct, and have acted in concert with and conspired with one another in furtherance of their wrongdoing.  The Individual Defendants caused the Company to conceal the true facts as alleged herein.  The Individual Defendants further aided and abetted and/or assisted each other in breaching their respective duties.

43.     The purpose and effect of the conspiracy, common enterprise, and/or common course of conduct was, among other things, to facilitate and disguise the Individual Defendants' violations of law, including breaches of fiduciary duty and unjust enrichment.

44.     The Individual Defendants accomplished their conspiracy, common enterprise, and/or common course of conduct by causing the Company purposefully, recklessly, or negligently to conceal material facts, fail to correct such misrepresentations, and violate applicable laws.

45.     In furtherance of this plan, conspiracy, and course of conduct, the Individual Defendants collectively and individually took the actions set forth herein.  Because the actions described herein occurred under the authority of the Board, each of the Individual Defendants, who are directors of Sema4, was a direct, necessary, and substantial participant in the conspiracy, common enterprise, and/or common course of conduct complained of herein.

46.     Each of the Individual Defendants aided and abetted and rendered substantial assistance in the wrongs complained of herein. In taking such actions to substantially assist the commission of the wrongdoing complained of herein, each Individual Defendant acted with actual or constructive knowledge of the primary wrongdoing, either took direct part in, or substantially assisted the accomplishment of that wrongdoing, and was or should have been aware of his or her overall contribution to and furtherance of the wrongdoing.

47.     At all times relevant hereto, each of the Individual Defendants was the agent of each of the other Defendants and of Sema4 and at all times acted within the course and scope of such agency.

**SEMA4'S CODE OF CONDUCT**

48.     Sema4's Code of Conduct, titled "Code of Business Conduct," applies to all directors, employees, and contractors of the Company.

49.      In a section titled, "SEC Reporting and Financial Statement Preparation," the Code

of Conduct provides:

> Our periodic reports and other documents filed with the SEC, including all financial statements and other financial information, must comply with applicable federal securities laws and SEC rules. If you contribute in any way to the preparation or verification of our financial statements and other financial information, you must ensure that our books, records and accounts are accurately maintained. You must also cooperate fully with our finance department, as well as our independent public accountants and counsel. If you are involved in the preparation of our SEC reports or financial statements, you must:
>
> • Be familiar with and comply with our disclosure controls and procedures and our internal control over financial reporting.
>
> • Take all necessary steps to ensure that all filings with the SEC and all other public communications about our financial and business condition provide full, fair, accurate, timely and understandable disclosure.

### SEMA4'S AUDIT COMMITTEE CHARTER

50.    Sema4's Audit Committee Charter states the purpose of the Audit Committee as follows:

> The purpose of the Audit Committee (the "Committee") of the Board of Directors (the "Board") of GeneDx Holdings Corp. ("GeneDx") is to assist the Board in fulfilling its oversight responsibilities relating to:
>
> • GeneDx's accounting and financial reporting processes and internal controls, including audits and the integrity of GeneDx's financial statements;
>
> • the qualifications, independence and performance of GeneDx's independent auditors (the "Independent Auditors"); • risk assessment and management; and
>
> • compliance by GeneDx with legal and regulatory requirements.
>
> This charter (the "Charter") sets forth the authority and responsibility of the Committee in fulfilling its purpose. The function of the Committee primarily is one of oversight. Although the Committee has the responsibilities and powers set forth in this Charter, it is not the Committee's duty to plan or conduct audits or to determine that GeneDx's financial statements are complete, accurate and in accordance with generally accepted accounting principles. Instead, those are responsibilities of GeneDx's management and the Independent Auditors.

51.    In a section outlining the Audit Committee's authority and responsibilities with respect to Risk Oversight and Compliance, the Audit Committee Charter states that the Audit Committee shall, among other things:

1. Review with management GeneDx's major financial risks and enterprise exposures and the steps management has taken to monitor or mitigate such risks and exposures, including GeneDx's procedures and any related policies with respect to risk assessment and risk management.

2. Review with management GeneDx's cybersecurity and other information technology risks, controls and procedures, including GeneDx's plans to mitigate cybersecurity risks and respond to data breaches.

3. Review with management GeneDx's risk exposures in other areas, as the Committee deems necessary or appropriate from time to time.

4. Review with management GeneDx's (a) programs for promoting and monitoring compliance with applicable legal and regulatory requirements, and (b) major legal and regulatory compliance risk exposures and the steps management has taken to monitor or mitigate.

5. Review the status of any significant legal and regulatory matters and any material reports or inquiries received from regulators or government agencies that reasonably could be expected to have a significant impact on GeneDx's financial statements. such exposures.

52.     With respect to internal controls, the Audit Committee Charter charges the Audit committee with the responsibility to, among other things:

1. Review and discuss with GeneDx's management and the Independent Auditors, and provide oversight over, the design, implementation, adequacy and effectiveness of GeneDx's accounting and financial processes, and systems of internal controls and material changes in such controls, including any significant deficiencies and material weaknesses in their design or operation.

2. Review any allegations of fraud that are disclosed to the Committee involving management or any employee of GeneDx with a significant role in GeneDx's accounting and financial reporting process and systems of internal controls.

3. Discuss any comments or recommendations of the Independent Auditors outlined in their annual management letter or internal control reports.

4. Periodically consult with the Independent Auditors out of the presence of GeneDx's management about internal controls, the fullness and accuracy of GeneDx's financial statements and any other matters that the Committee or the Independent Auditors believe should be discussed privately with the Committee.

5. Establish procedures for (a) the receipt, retention and treatment of complaints received by GeneDx regarding accounting, internal accounting controls or auditing matters, and (b) the confidential anonymous submission by employees of GeneDx of concerns regarding questionable accounting or auditing matters. Oversee the review

13

of any such complaints and submissions that have been received, including the current status and the resolution, if one has been reached.

## SUBSTANTIVE ALLEGATIONS

### *Sema4's Business*

53.     Sema4 is a health company that uses AI to enable personalized medicine. Sema4 is primarily a diagnostic testing company, which derives the majority of its revenue from Women's Health and Oncology diagnostic solutions. Specifically, Women's Health solutions include carrier screening, non-invasive prenatal testing, and newborn screening, while Oncology solutions include hereditary cancer testing, molecular profiling, and genomic data collection. The majority of the Company's diagnostic testing revenue as well as total revenue are derived from reimbursements from health plans. Being in network with health plans was crucial to improving the Company's ability to receive adequate reimbursements from health plans; if the Company was not in network with major health plans, patients would be less likely to use the Company's products and physicians would be less likely to recommend the Company's products to patients, which would stymie the Company's ability to increase ASPs and testing volumes.

54.     Sema4 was founded by defendant Schadt as part of Icahn School of Medicine at Mount Sinai's Department of Genetics and Genomic Sciences and the Icahn Institute for Genomics and Multiscale Biology. Sema4 was established out of the Mount Sinai Health System and commenced operations in June 2017 as a commercial entity. The Company debuted on the Nasdaq Stock Market as a publicly traded company after completing a business combination with CM Life Sciences, a special purpose acquisition company, in July 2021.

55.     Though primarily a diagnostic testing company, Sema4 seeks to expand its core business to data and analytics solutions which leverage longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other data to deliver better outcomes for patients.

56.     The Company claims that its integrated information platform leverages longitudinal

14

patient data, AI-driven predictive modeling, and genomics in combination with other molecular and high-dimensional data to transform the practice of medicine, including how disease is diagnosed, treated, and prevented. The Company further asserts that it established one of the largest, most comprehensive, and fastest growing integrated health information platforms, collecting and leveraging genomic and clinical data in partnership with patients, healthcare providers, and an extensive ecosystem of life science industry contributors.

57.     The Company processes a substantial amount of data and maintains a database that includes approximately 12 million de-identified clinical records, including more than 500,000 with genomic profiles, integrated in a way that the Company claims to enable physicians to proactively diagnose and manage disease. The Company represents that the data enables it to further develop, train, and refine predictive models and drive differentiated insights, which models and insights it deploys through its diagnostic and research solutions and portals to support clinicians and researchers and engage patients, all of which interactions it claims generate more data to continue the cycle.

58.     By providing differentiated insights through diagnostic testing solutions to physicians and patients across the United States in areas such as reproductive health, population health, and oncology, the Company is reimbursed by payors, providers, and patients for providing these services. In collaboration with pharmaceutical and biotech companies, the Company receives payments for a broad range of services relating to the aggregated data on its information platform, such as consenting and recontacting patients, the development and implementation of a wide range of predictive models, including drug discovery programs, conducting real-world evidence studies, and aiding in the identification and recruitment of patients into clinical trials.

59.     The Company expected to expand the revenue from its health system and biopharma partners. The Company believed that its scale combined with its revenue-generating diagnostics testing business enabled it to build a significant and highly differentiated technological and

informational asset.

60.     Additionally, the Company claimed to have developed a holistic health information platform, Centrellis, to transform the disease diagnosis and treatment paradigm for the entire healthcare ecosystem: patients, physicians, health systems, payers, and biopharma companies. The Company claimed that its Centrellis platform was comprised of a data management backend that supported a wide array of databases, data warehouses, and knowledge bases, a data analytics layer to mine the data and construct predictive models that purportedly provided differentiated insights, and a series of application programmable interfaces to enable tool and software applications to access the data and models. The Company asserted that Centrellis served as the underlying foundation of its precision medicine solution and that it comprised a sophisticated data management and analytics engine. According to the Company, in the data management layer, its platform processed and stored data in a highly structured and accessible way, which was then analyzed by an advanced insights engine in the analytics layer that deployed state-of-the-art AI, probabilistic causal reasoning and machine learning approaches, and complementary analytics capabilities to deliver accurate insights to patients, providers, and researchers across a broad range of applications.

61.     The Company maintained that Centrellis was designed to transform treatment decisions across multiple therapeutic areas by engaging large-scale, high-dimensional data and querying the predictive models of disease and wellness using patient-specific data to derive highly personalized, clinically actionable insights. The Company asserted that Centrellis supported various applications, such as delivery of personalized and actionable treatment insights into clinical reports, clinical trial matching, real-world evidence trials and clinical decision support, through an advanced programmable interface layer.

62.     Since its inception, the Company has racked up significant net losses. For example, as of December 31, 2021, the Company had an accumulated deficit of about $575.4 million.

Expanding its strategic partnerships was crucial to the Company's growth. Thus, the market reacted favorably to the Company's announcement in January 2022, that it would be acquiring GeneDx, which provides rare disease diagnostic and exome sequencing services, in a $623 million acquisition. Combining Sema4's platform with GeneDx's services would allow Sema4 to become one of the largest genomic screening providers in the U.S. and the Company stated that the acquisition would allow it to greatly increase revenues to $350 million in 2022 for the combined companies, with Sema4's women's health expected to account for greater than half of that revenue. The acquisition agreement required, among other things, that Sema4 would pay consideration of $150 million in cash at closing and 80 million shares of Sema4's Class A common stock to be issued at closing. On May 2, 2022, the Company announced the closing of its acquisition of GeneDx. After the closing of the acquisition, Sema4 went by the name GeneDx and the Company's common stock began to trade on the NASDAQ exchange under the symbol "WGS."

### *Misrepresentations*

63.     During the Relevant Period of the wrongdoing, the Individual Defendants made, or permitted the ussuance of, numerous representations that were materially false and misleading.

64.     On March 14, 2022, Sema4 announced its  fourth quarter and full year 2021 financial results in a press release that stated, in relevant part:

**Sema4 Reports Fourth Quarter and Full Year 2021 Financial Results and Business Highlights**

March 14, 2022

*37% increase in fourth quarter test volumes (excluding COVID-19 tests) compared to the same period last year*

*Record quarterly test volume of nearly 83,000*

*24% growth in fourth quarter revenue (excluding COVID-19 tests) compared to the same period last year*

*Reiterating full year 2022 total revenue guidance of $215-225 million Sema4 to host*

*conference call today at 4:30 p.m. ET*

**STAMFORD, CT — March 14, 2022 —**Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the fourth quarter and full year ended December 31, 2021 and provided an update on key strategic and operational initiatives.

*"2021 was a transformative year during which we grew our test volumes and patient database,* further established Sema4 as a partner of choice for health systems, advanced our strategic objectives to accelerate the growth of our platform of algorithms, and listed on Nasdaq as a public company," *said Eric Schadt, PhD, Founder and Chief Executive Officer of Sema4.* "We are well positioned for 2022 and are excited to see the investments in our key initiatives begin to scale our core business and further grow our data engine. *We also continue to expect to close the acquisition of GeneDx by the end of Q2, which will significantly enhance the power of our Centrellis® platform and distance us as the market leader with the most comprehensive clinically relevant data set available for research and development purposes."*

"I am pleased with our results in the quarter, and as we look ahead to 2022, *I am encouraged by the trajectory of volumes and gross margins," said Isaac Ro, Chief Financial Officer of Sema4.* "Investments in automation, people, and processes are now translating into tangible efficiencies. We expect gross margins to further improve throughout 2022."

(a)    **Fourth Quarter & Recent Highlights**

• *Diagnostic testing volumes were up 37% in the fourth quarter of 2021 compared to the same period of 2020, with 82,966 tests resulted (excluding COVID-19 tests), including 142% growth in Oncology and 33% growth in Women's Health*

• *Total revenue increased 24% in the fourth quarter of 2021 (excluding COVID-19 testing revenue) compared to the same period of 2020, resulting in total revenue of $47.3 million compared to $38.2 million*

• Published two papers in November 2021 in partnership with the Mount Sinai Health System demonstrating the ability of Sema4's machine learning algorithms to predict clinical outcomes and drive meaningful changes in the standard of care for postpartum hemorrhage

• *Announced the signing of a definitive agreement to acquire GeneDx, Inc. ("GeneDx") in January 2022, which is expected to strengthen Centrellis with more than 300,000 clinical exomes and over 2.1 million expertly annotated phenotypes*

• Entered into definitive agreements for a $200 million private placement financing from leading growth and life sciences investors, including Pfizer, in January 2022 in

18

conjunction with the signing of the merger agreement for the pending GeneDx acquisition

• Strengthened Market Access Team in February 2022 with the addition of 30-year industry veteran, Jerry Conway, Sema4's SVP of Market Access

• Included in *Fast Company's* prestigious annual list of the World's Most Innovative Companies in March 2022; named as one of the top three most innovative data science companies

(b) **Full Year 2021 Business Highlights**

• Signed three new health system partnerships with NorthShore University HealthSystem, AdventHealth, and Avera Health, launching broad precision medicine initiatives to improve health outcomes

• Further developed our clinical trial and testing solutions, real world evidence studies, and casual network models for drug discovery in oncology, autoimmune and rare diseases, while also launching new transformative partnerships focused on creating significant value for pharmaceutical and biotech companies

• Launched Sema4 Elements®, our portfolio of data science-driven products and services to support reproductive and generational health, including a newly enhanced version of Sema4's Expanded Carrier Screen for pregnancy planning

• Debuted on the Nasdaq Stock Market as a publicly traded company after completing a business combination with CM Life Sciences (Nasdaq: CMLF), a special purpose acquisition company (SPAC) sponsored by affiliates of Casdin Capital, LLC and Corvex Management LP

(c) **Fourth Quarter and Full Year Financial Results**

(d) ***Total revenue for the fourth quarter of 2021 was $57.8 million compared to $64.0 million in the fourth quarter of 2020. Total revenue for the full year of 2021 was $212.2 million compared to $179.3 million for the full year of 2020. Year over year revenue growth was driven primarily by an increase in testing volumes of both our Women's Health and Oncology product lines***.

Cost of services was $60.6 million in the fourth quarter of 2021 compared to $69.6 million in the same period of 2020. The decrease was a result of lower volumes in our COVID-19 business and lower stock-based compensation expense, offset by increased headcount, investments in systems, and higher logistical and supply costs due to increased volumes in our non-COVID-19 business. We anticipate these new investments will enable us to support continued volume growth with significantly higher cost efficiencies over time. Cost of services was $228.8 million for the full year of 2021 compared to $175.3 million for the full year of 2020. The annual increase was driven by increased stock-based compensation expense, increased headcount, and an increase in logistical expenses as a result of our expanded

19

operations.

Adjusted cost of services, which excludes stock-based compensation expense and other one-time COVID-19-related expenses, was $58.0 million for the fourth quarter of 2021 compared to $43.5 million in the same period of 2020. Adjusted cost of services was $206.2 million for the full year of 2021 compared to $142.8 million for the full year of 2020.

Operating expenses for the fourth quarter of 2021 were $113.0 million compared to operating expenses of $119.4 million for the fourth quarter of 2020. The decrease in operating expenses was due in part to lower stock-based compensation expense, offset by higher personnel-related costs as we built out our laboratory operations and further invested in our health intelligence platform, as well as incremental public company expense. Operating expenses for the full year of 2021 were $429.5 million compared to operating expenses of $246.0 million for the full year of 2020.

Adjusted operating expenses, which excludes stock-based compensation, for the fourth quarter of 2021 were $78.6 million compared to $38.9 million in the same period of 2020. Adjusted operating expenses, which excludes stock-based compensation expense and non-recurring transaction expenses, for the full year of 2021 were $227.2 million compared to $138.7 million for the full year of 2020.

Net loss for the fourth quarter of 2021 was ($40.2) million as compared to a net loss of ($125.7) million for the same period in 2020. Fourth quarter of 2021 net loss included other income of $76.2 million tied to the decrease in liabilities attributable to warrant and earn-out contingent liabilities recorded in connection with the merger with CM Life Sciences. Net loss for the full year of 2021 was ($245.4) million compared to a net loss of ($241.3) million for the full year of 2020.

Total cash and cash equivalents were $400.6 million as of December 31, 2021. As of March 07, 2022, Sema4 had 244,959,781 outstanding shares of Class A common stock.

65.    Also on March 14, 2022, the Company held a conference call to discuss its fourth quarter and full year 2021 financial results.  During the call, defendants Schadt and Ro represented the following:

ERIC E. SCHADT, FOUNDER, CEO & DIRECTOR, SEMA4 HOLDINGS CORP.: Thank you, Joel, and thank you, everyone, for joining us on our fourth quarter and full year 2021 financial results conference call. I will begin with an overview of our performance, including the recent drivers of our success and future drivers of growth before passing the call to Isaac for a financial update. We will then open the call for questions.

*2021 was a transformative year for Sema4, during which we drove record test volumes* and grew our clinical molecular and patient databases listed on NASDAQ as a public company and advanced our strategic objectives to accelerate the growth of our platform of algorithms. Overall, I'm very excited by our organizational progress during a year that had more disruptive macro issues than I would have imagined heading into 2021.

\* \* \*

*In the fourth quarter, we delivered revenue of $47.3 million, excluding COVID, representing 24% growth compared to $38.2 million in the same period a year ago. Importantly, we continue to make substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter, representing 37% growth compared to 61,000 resulted tests in the same period a year ago.*

\* \* \*

*We believe that Centrellis is the most extensive and fastest-growing database of clinically relevant patient data in the industry*. Meanwhile, our next-gen sequencing capacity continues to expand, where we are expecting to grow genomic patient records more than 50% in 2022 over 2021.

\* \* \*

We are excited to partner with Katherine Stueland, CEO of GeneDx and the team from GeneDx, who share our vision of leveraging genomics in large-scale clinical and multiomic data to enhance the standard of care through precision medicine in partnership with patients and providers. *Combining GeneDx's clinical genomic solutions with our core women's health business allows us to better serve health system and pharmaceutical and biotech partners in a more holistic way. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.* Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

\* \* \*

We are pleased to have recently announced our partnership with BioSymetrics focusing on data driven drug discovery to advance precision medicine. *Together, we will leverage our proprietary health intelligence platform, Centrellis, in combination with Elion, BioSymetrics' phenotypic drug discovery platform to both experimentally validate our AI-based disease and risk models and to discover new treatments initially in cardiovascular, rare and neurological diseases*.

\* \* \*

*This brings me to an update on our expanding data platform. We are pleased to see our growing patient and provider engagement translate into increasing test volumes with a total of 292,000 tests resulted in 2021, excluding COVID. This represents annual growth of 41% when compared to 208,000 tests resulted in 2020.*

*All areas of our core business are contributing to test volumes, including our recently launched product, Sema4 Elements.* Sema4 Elements is part of our women's hub portfolio and enables providers to treat patients holistically during their reproductive cancer and generational health journeys.

\* \* \*

ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our fourth quarter and full year 2021 financial results. *Total revenue for the fourth quarter of 2021 was $57.8 million, down 10% compared to $64 million in the fourth quarter of 2020. Diagnostic test revenue was $56.1 million in the fourth quarter of 2021, down 9% compared to $61.6 million in the same period of 2020. COVID-19 testing revenue in Q4 was $10.5 million, down 59% year-over-year, but was up 151% sequentially from the third quarter of 2021. Other revenue totaled $1.7 million in the fourth quarter of 2021 compared to $2.4 million in the fourth quarter of 2020. Excluding COVID 19, total revenue for the company in the fourth quarter of 2021 was up 24% year-over-year.*

*Total revenue for 2021 was $212.2 million, up 18% compared to $179.3 million in 2020. Diagnostic test revenue was $205.1 million in 2021, up 17% compared to $175.4 million in 2020. COVID-19 testing revenue in 2021 was $34.4 million, representing an annual increase of 4.8%. For the full year, other revenue totaled $7.1 million in 2021 compared to $4 million in 2020. The increase was mainly attributable to growth in collaboration service activities related to new partnerships with biopharma. Excluding COVID-19, total revenue for the full year of 2021 was up 21%.*

*Turning to volumes. We resulted approximately 83,000 diagnostic tests during the fourth quarter of 2021, excluding COVID-19. That was up 37% compared to the same period in 2020. We recorded 142% volume growth in oncology and this category now accounts for 6% of our total volume, excluding COVID-19.*

*Women's health volumes grew 33% in the fourth quarter compared to the same period in 2020. For the full year of 2021, we resulted approximately 292,000 diagnostic tests, excluding COVID 19, up 41% compared to the full year of 2020.*

\* \* \*

22

BRANDON COUILLARD, EQUITY ANALYST, JEFFERIES LLC, RESEARCH DIVISION: Maybe just start with Eric. In terms of the health systems, it'd be great to just maybe get some more detail, some more color on how you think those relationships are progressing? And I'm just trying to get a feel for how much these are contributing today, what the right metrics are that we should look at and where you kind of see those partnerships that you have today advancing over the next 12 months?

ERIC E. SCHADT: *Yes. Again, we're like super pleased with the health system partnerships we formed today and the performance between the Mount Sinai system, NorthShore and Avera in terms of testing volume now accounts for a substantial percentage of the testing volume. So the uptake and drive into those systems is going well. We talked about the level of uptake in the NorthShore system with respect to the genomic health screening as part of their population health program and the amount of translation of those screenings into heritable cancer screening. So that's all gone amazing and having over 90%. Not only 90% of those primary care physicians ordering that testing, but over 80% indicating changes, substantial increases in standard of care, like are amazing*.

* * *

MAX MASUCCI, SENIOR ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: I would just be curious to start, was the deal with Biosymetrics driven more by Sema4's core capabilities with Centrellis? Or did GeneDx's whole exome database play a factor?

ERIC E. SCHADT: *Yes, driven initially completely by the Centrellis platform, engaging a partner with significant high-content screening type capabilities, the ability to experimentally validate across a broad array of experimental systems, the kinds of predictions we make and the complex models we put together for disease*.

So helping validate and progress those models for better actionability, whether it's in clinical test, the clinical genomic testing or in the drug discovery partnerships we have with pharmaceutical companies, but then also better leveraging from our information assets to progress targets on our own in partnership with Biosymetrics.

The add of GeneDx into the mix just kind of accelerates in my view, the utility of that platform, especially in the rare disorder arena where the scales of data GeneDx brings to the table and the breadth of their testing across all of the children's hospitals and kind of that rare disorder space kind of gives us definitely a strategic advantage in kind of from identifying and prioritizing targets that we may progress to finding the right patient populations to further assess those models.

* * *

23

UNIDENTIFIED ANALYST: Great. And then looking forward to continued strong growth in your oncology business. Any additional color on the women's health versus oncology mix we can expect for the year?

ISAAC RO*: Yes. Maybe just high level, I would say that you're seeing the volume growth each of the last 2 quarters in oncology, triple digits. So while it's still relatively small absolute values versus the women's health business, you can clearly see that it is the fastest-growing part of our franchise, #1. And #2, we're growing much faster than the end markets. that we serve in that category.*

*So a lot of that's being enabled by the health system progress that we're making*. Eric touched on a lot of that. So we feel really good about the opportunity for our oncology franchise going forward. *I should also remind you that from a reimbursement perspective, we had a bunch of irons in the fire this year to drive better payment so that the revenue attached to our volume starts to catch up. And if we do that, that will also be important to improving our gross margin profile in the second half of the year.*

So lots going on in the oncology business on the internal side that's really positive and worth highlighting. And as we think about the feedback that we're getting, again, the consortium that we held with our health system partners, they're really excited about what we're able to enable for them and their patients with the data that wraps around the test ourselves -- themselves.

ERIC E. SCHADT: *Yes. And maybe I just wanted to add a little on top of that, that it's -- on the women's health side, one of the big plays that we're making there and that are driving a significant part of that growth is through the oncology connection with women's health with diseases like breast and ovarian, endometrial cancer being reproductive health diseases and kind of offering our heritable cancer genomic testing solution in that arena, where we're getting kind of the best uptake in more traditional OB-GYN channels. And of course, also the partnerships around the somatic tumor profiling connected that with respect to breast and ovarian. So there's a lot of connectivity, again, driving across those different channels and in particular, with the health systems.*

And what I'll also say to Isaac's point on the fast growth and uptake in these systems on the oncology solution is kind of representative of there is no full precision oncology solution today. Nobody really has that today. And again, the testing is part of it, liquid biopsy may be part of it, the data is part of it, the patient engagement is part of it. But what the systems really need, what the physicians really need is a way to more effectively manage, engage that information, make decisions over time, and it's not a onetime episodic test that gets flipped. It's a way more holistic wraparound solution that we're providing.

66.     On that same day, March 14, 2022, the Company filed its annual report on Form 10-K for the period ended December 31, 2021 (the "2021 10-K"). Director Defendants Ryan, Casdin, Leproust, Meister, and Ruch signed the 2021 10-K.  The 2021 10-K purported to warn:

> ***If third-party payors, including managed care organizations, private health insurers and government health plans, do not provide adequate reimbursement for our tests, or seek to amend or renegotiate their fee reimbursement schedules, or if we are unable to comply with their requirements for reimbursement, our commercial success could be negatively affected.***
>
> Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors. . . .
>
> * * *
>
> A significant portion of the payments for our tests are paid or reimbursed under insurance programs with third-party payors. ***To contain reimbursement and utilization rates, third-party payors often attempt to, or do in fact, amend or renegotiate their fee reimbursement schedules. Loss of revenue caused by third-party payor cost containment efforts or an inability to negotiate satisfactory reimbursement rates could have a material adverse effect on our revenue and results of operations.***
>
> Furthermore, in cases where we or our partners have established reimbursement rates with third-party payors, we face additional challenges in complying with their procedural requirements for reimbursement. These requirements often vary from payer to payer and are reassessed by third party payors on a regular basis, and we have needed additional time and resources to comply with them. We have also experienced, and may continue to experience, delays in or denials of coverage if we do not adequately comply with these requirements. Our third-party payors have also requested, and in the future may request, audits of the amounts paid to us. We have been required to repay certain amounts to payers as a result of such audits, and we could be adversely affected if we are required to repay other payers for alleged overpayments due to lack of compliance with their reimbursement policies. In addition, we have experienced, and may continue to experience, delays in reimbursement when we transition to being an in-network provider with a payer.
>
> We expect to continue to focus our resources on increasing adoption of, and expanding coverage and reimbursement for, our current tests and any future tests we may develop or acquire. If we fail to expand and maintain broad adoption of, and coverage and reimbursement for, our tests, our ability to generate revenue could be harmed and our future prospects and our business could suffer.

On May 12, 2022, Sema4 announced its first quarter 2022 financial results in a press release that stated, in relevant part:

**Sema4 Reports First Quarter 2022 Financial Results and Business Highlights**

May 12, 2022

***Total revenue of $53.9 million***

1,300 basis points of sequential adjusted gross margin improvement Reaffirming full year 2022 pro forma revenue target

New operating model and focus on efficiencies to reduce 2022 cash burn by an estimated $50 million, extending cash runway into 2024

Sema4 to host conference call today at 4:30 p.m. ET

STAMFORD, Conn., May 12, 2022 (GLOBE NEWSWIRE) -- Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the first quarter ended March 31, 2022 and provided an update on key strategic and operational initiatives.

"I am very pleased by our start to the year, which shows fundamental improvements from a financial perspective, as well as significant progress across our strategic objectives. ***We delivered record test volume and expanded engagement across our health system partnerships," said Eric Schadt, PhD, President and Chief Research & Development Officer of Sema4***. "We were also delighted to complete the acquisition of GeneDx and welcome Katherine Stueland as our new CEO to further scale, operationalize, and strengthen Sema4."

"With the strength of Sema4's platform, the addition of GeneDx will accelerate the delivery of precision medicine and enable even broader data capabilities than before. We have strong momentum that puts us on a path to deliver on our 2022 pro forma revenue target of $350 million. In addition, we are focused on operating efficiencies that will reduce 2022 cash burn by an estimated $50 million compared to our original plan, extending our cash runway into 2024," said Katherine Stueland, Chief Executive Officer of Sema4. "Since closing the GeneDx acquisition, we have streamlined our leadership team and established a new, agile operating model to drive growth, operating efficiency, and the delivery of transformational partnerships, all of which put us on a scalable path to profitability. With this focus, we can realize our vision of applying the use of genomics and large-scale clinical data to set a new standard of care, enabling comprehensive family health, from planning a pregnancy through every stage of life."

**First Quarter & Recent Highlights**

•   ***Testing volumes were up 27% in the first quarter of 2022 compared to the***

*same period of 2021, with 84,925 tests resulted (excluding COVID-19 tests)*

• *Total revenue in the first quarter of 2022, excluding COVID-19 testing revenue, was $50.1 million compared to $48.3 million in the same period of 2021. Total revenue in the first quarter of 2022, including COVID-19 testing revenue, was $53.9 million compared to $64.2 million in the same period of 2021*

• Completed the acquisition of GeneDx, Inc. ("GeneDx") at the end of April accelerating the Company's path to improving gross margins and ultimately towards profitability

• Streamlined the leadership team to enable focused execution across key growth priorities, operating efficiency, and transformational health system and biopharma partnerships

• Closed $200 million in financing via private placement from leading growth and life sciences investors, including Pfizer, in conjunction with the completion of the GeneDx acquisition

• Expanded REPRESENT study in March to run nationally in partnership with community oncologists caring for patients with advanced cancer in diverse and traditionally underserved populations

**First Quarter 2022 Financial Results**

*Total revenue for the first quarter of 2022 was $53.9 million compared to $64.2 million in the first quarter of 2021. The decline in year over year revenue was primarily attributable to a decrease in COVID-19 test volumes as a result of the decision to discontinue testing services at the end of the first quarter of 2022. This was partially offset by an increase in testing volumes of both our Women's Health and Oncology product lines. First quarter revenue growth was 4% year-over-year and 6% sequentially (excluding COVID-19 testing revenue) vs. the fourth quarter of 2021.*

Gross margin for the first quarter of 2022 was 10%. Adjusted gross margin for the first quarter of 2022 was 13%, as compared to adjusted gross margin of 22% for the same period in the prior year. Adjusted gross margin was up roughly 1,300 basis points sequentially vs. the fourth quarter of 2021.

Operating expenses for the first quarter of 2022 were $94.9 million. Adjusted operating expenses for the first quarter of 2022, which excludes stock-based compensation, restructuring, and transaction expenses, were $71.8 million compared to $43.9 million in the same period of 2021.

Net loss for the first quarter of 2022 was ($76.9) million. Adjusted net loss for the first quarter of 2022 was ($65.9) million compared to ($24.9) million in the same period

of 2021.

Total cash and cash equivalents were $315.0 million as of March 31, 2022 and the Company's $125 million revolving credit facility remains undrawn, bringing total liquidity to $440.0 million. As of April 29, 2022, Sema4 had 377,249,186 outstanding shares of Class A common stock.

67.    Also on May 12, 2022, the Company held a conference call to discuss its first quarter 2022 financial results.  During the conference call, defendant Ro represented the following:

ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our financial results for the first quarter of 2022. ***Total Sema4 revenue in the first quarter of 2022 was $53.9 million compared to $64.2 million in the first quarter of 2021. Excluding COVID-19, total revenue in the first quarter was $50.1 million, up 4% year-on-year and up 6% versus the fourth quarter of 2021. Regarding volumes, we achieved a new record this quarter with 84,925 resulted tests, excluding COVID. This represents a 27% year-over-year increase versus the first quarter of 2021. Women's Health grew 23% and Oncology grew 159%.***

\* \* \*

MARK ANTHONY MASSARO, MD & LIFE SCIENCE & DIAGNOSTIC TOOLS ANALYST, BTIG, LLC, RESEARCH DIVISION: Congrats on the quarter. I guess I wanted to ask about underlying volume trends. Do you think that the 23% and 159% growth rates in Q1 for Women's Health and Oncology are reasonable run rates as we look out later into this year? And maybe can you just remind us where exactly, maybe help us think about the particular growth rates between legacy Sema4 and legacy GeneDx?

ISAAC RO: Mark, thanks for that question. So just a reminder that Q1 this year was a comp over the peak COVID period last year, right? So I'm sure you knew that. But as we think about the rest of the year, we feel really good about what we're seeing in the channel with our commercial team. We're obviously just getting married together between the 2 sides. ***So we think that we're off to a strong start. That should continue as the year progresses. We'll, of course, provide more detail on the quarters as we progress into the year. But right now, we're off to a strong start. We thought it was sufficient to reiterate the guidance.***

\* \* \*

OPERATOR: Our next question comes from Brandon Couillard with Jefferies.

MATT KIM: This is Matt on for Brandon. Just one quick one on pricing. It looked like solid progress there sequentially in the quarter. Can you just talk about some of the initiatives you expect to come online in the back half of the year that you previously highlighted, I think, in oncology and market access and kind of where you see ASPs headed from here for the rest of the year?

28

ISAAC RO: Sure. Matt, thank you. So on the pricing side, the most important thing, I think, is the fact that our team is materially strengthened from where it was even at the start of the year. We've, on the Sema4 side, expanded that team with a new leadership and then, of course, with GeneDx, massively increased the scale of that team. ***So now that we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to, I think, push on several fronts to drive better ASPs.***

***Of course, on the oncology front, we've talked before about pushing forward with reimbursement for somatic profiling. That's making good progress and on track with our plan to realize better reimbursement by the middle part of the year. And then on the market access side, there's just a huge universe of ways in which we can optimize our efforts in partnership with our commercial team, in partnership with payers, in partnership with our health system partners, a whole bunch of things that I would say, together, should allow us to, with the same amount of volume like-for-like, drive better amounts of revenue and, therefore, ASP. So I'm personally very excited about the opportunity that we have this year to drive improvement there. It's a meaningful part of the gross margin improvement strategy.***

\* \* \*

MAX MASUCCI, MD AND SENIOR RESEARCH ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: First one for Isaac. Can you just walk us through maybe the reimbursement dynamics that played into the gross margin beat in the quarter and the raised guide, if we do separate those from some of the lab operation improvements and other factors?

ISAAC RO: ***Yes. Sure, Max. So I wouldn't say that reimbursement changed dramatically in Q1. We obviously, like I said earlier, had the benefit of a little mix. But really, it was, what I would call, a quarter of relative stability, and that's what we've been working towards. And as you look at the rest of the year, there will be some moving parts. But in general, we're obviously very excited about the potential for better reimbursement in oncology. As I mentioned earlier, that's something that's around the corner. And then as we look at the rest of the business, a lot of the opportunity around ASP really relates mostly towards improved billing collections, that kind of thing. Future contracting is also important. It takes a little bit more time for that to work through the numbers. But there's a bunch of levers that we're pulling that will translate into better ASP, and reimbursement is just one variable in the equation.***

\* \* \*

DAVID GRAVES DELAHUNT, ASSOCIATE, GOLDMAN SACHS GROUP, INC., RESEARCH DIVISION: This is Dave. Congrats on the strong quarter. In oncology, can you double-click on some of the biggest volume drivers? What are the most popular oncology panels you're seeing and any trends there, such as increasing interest in bigger panels?

29

ISAAC RO: Yes. Sure. Dave, thank you. So remember, in oncology, our portfolio today is really 2 major product lines: the hereditary cancer risk test as well as the somatic profiling. And the former is much larger from a volume standpoint. ***So when you look at the total performance in the quarter, with 159% growth, most of that was in the HC business, which continues to do very well for us, both in the broader market as well as with some of the health system partners with whom we're working where we've mentioned in the past, we've been able to drive much higher rates of compliance relative to the targeted populations, thanks to our sort of comprehensive platform and partnership model. So I think that's a good validation that we're doing well.***

***And then we're just scratching the surface in somatic where there's, obviously, a huge opportunity to drive a higher rate of market adoption for a really, really valuable testing category. And we think we've got a very unique and best-in-class solution there.*** So even though we're a smaller player today, we think our opportunity to be much bigger continues to be very compelling. ***And of course, in lockstep with volume, we want to generate a higher rate of revenue attached to those volumes which is, as I mentioned earlier, we're on track for.*** So in general, good momentum in the Oncology business, lots of opportunity ahead of us. And stay tuned, we expect this topic will be a bigger area of conversation as the year progresses.

68.     On June 16, 2022, the Company participated in the Goldman Sachs Global

Healthcare Conference.  During the conference, defendant Stueland represented the following:

MATTHEW CARLISLE SYKES: Great. Thank you for that overview, Katherine. Appreciate it. Maybe you talked a little bit about the gross margin improvement and the 30% exit rate implied in your guidance. How should we be thinking about some of the drivers from both the Sema4 and a GeneDx perspective? Maybe if we can dig a little bit deeper into that?

KATHERINE A. STUELAND: Certainly. And I invite Joel to certainly contribute to this. But I think there's really 3 opportunities for us. One, of course, there is top line revenue growth that as we think about expanding utilization of our testing and reproductive health in the pediatric setting as well as oncology health systems. There is a lot of opportunity for us to expand utilization with new customers.

***So there is top line growth in terms of volume, revenue and improved ASPs***. We have COGS reductions that are underway for Sema4 standalone, but also utilizing some of GeneDx's best-in class COGS approaches. So that's another really important opportunity for us as well.

And then, of course, overall operating efficiencies across the entire business, we're really being able to – we're taking a close look at how the entire business is operating and ensuring that we're really targeting revenue that is high-value revenue, I think when you're in a high growth stage for the company, really attuning the commercial

operations towards being able to pull in volume that's high-value volume.

* * *

MATTHEW CARLISLE SYKES: Great. And maybe we can dig into that R&D. I mean, where are the rights to – I mean, where do you feel like you have the right to win? And what are the areas of R&D that you are going to be focused on?

KATHERINE A. STUELAND: So I've now spent, I think, the past decade in this space really and seeing what it takes from a building, scaling and sharing genomic information standpoint and having worked now at 3 companies in the genomic space. What I think is really interesting about the Sema4 GeneDx combination? *One, we have a leading reproductive health franchise on the Sema4 side of things.*

Two, GeneDx is bringing an incredible rare disease asset to bear, both in terms of our exome, our interpretation platform that is not only applicable to our exome, but to genome as well in addition to the rare disease dataset that we have.

*But then when you think about the data engine, Centrellis, that Eric and the team have expertly built. That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with our exome and genome as a backbone. That really enables something that is very different from any other company in this space.* And I think that that really sets the foundation for how we can work with health systems and pharma companies to deliver on the promise of personalized medicine.

*The Truth Emerges*

69.     On August 15, 2022, after the market closed, Sema4 announced changes to its research and development leadership team, including that defendant Schadt was resigning from the Company. The Company also disclosed that it was eliminating approximately 13% of its workforce as part of a series of restructuring and corporate realignments and that it would be eliminating the Company's somatic oncology testing business, which had negative gross margins. Finally, defendants announced that the Company would be shuttering its Branford, CT facility.

70.     During the related conference call, Kevin Feeley, Senior Vice President of Operations and Head of GeneDx, stated that:

> *Sema4 has reversed $30.1 million of revenue this quarter related to prior periods. [This reversal was in connection with negotiations with] one of [Sema4's] larger commercial payors regarding the potential recoupment of payments for Sema4 carrier screening services rendered from 2018 to early 2022* …. [Management] believe[s] this reversal of revenue accurately

31

reflects and captures the potential risk of recoupment from [the Company's] entire portfolio of third-party payors[.]

71.     The Company also lowered its fiscal 2022 revenue guidance to a range of $245 million to $255 million, down from its prior guidance range of $305 million to $315 million. The reduced guidance was attributed in part to declining pricing, with ***ASPs in [Sema4's] complex reproductive health segment [at] about $520 in the quarter,*** which "compared to about $712 in the quarter prior." Joel Kaufman ("Kaufman"), VP of Finance & Corporate Development, stated that, contrary to Defendants' earlier representations, ***the Company is "expecting for the remainder of the year, at least double-digit sequential declines from 2Q into 3Q for those ASPs in the reproductive health business."***

72.     Notably, Kaufman clarified that the reduced expectations were due to the legacy Sema4 business, stating: "[t]he legacy Sema4 business, we're taking a more conservative view on both volume and ASPs, but we are revising our underlying assumptions at the legacy GeneDx business up based off of the demand we're seeing for the whole suite of GeneDx's products to date."

73.     Also on August 15, 2022, the Company filed its quarterly report for the period ended June 30, 2022, disclosing that it had established a reserve of $39.2 million for potential recoupments of payments previously made by third-party payors:

> The Company is currently engaged in discussions with one of the Company's third-party payors regarding certain overpayments the Company allegedly received from the payor for services that the payor alleges are not covered by, or were not otherwise properly billed to, the payor. This payor has asserted in informal discussions that it will seek recovery or recoupment in relation to the alleged overpayments if the matter cannot be settled. While the Company believes it has defenses to the payor's allegations, it is currently engaged in discussions seeking to resolve the matter and any claim that may arise in connection therewith in a mutually satisfactory manner.

*As a result of this matter, and in connection with a review of certain billing policies and procedures undertaken by management following the acquisition of GeneDx, the Company considered the need to establish reserves for potential recoupments of payments previously made by third-party payors. As of June 30, 2022, the Company has established liabilities of $39.2 million as a result of this matter and other potential settlements with payors based on the current facts and an evaluation of anticipated results that the Company believes reasonable for all potential recoupments for all third-party payors combined.*

74.     On this news, the Company's share price plummeted by $0.80, or 33.33%, to close at $1.60 per share on August 16, 2022.

75.     On November 14, 2022, to the surprise of investors, defendants announced the elimination of the Company's core business—its reproductive health testing market by year-end 2022, along with its somatic oncology testing operations, as these segments had been losing about $35 million per quarter and faced multiple challenges in terms of reimbursement, lack of scale and competition.  In connection with the elimination of the reproductive health testing segment, defendants stated they would close the Company's Stamford, CT lab.  Defendants stated that they had hired an advisor to find a buyer for the Company's reproductive health testing segment, but such efforts were unsuccessful.  Defendants stated that going forward, the Company's business would focus on GeneDx's more differentiated exome and genome testing focused on pediatric and rare disease markets.  Defendants also announced yet another workforce reduction of about 500 employees (or 1/3 of the workforce).

76.     On January 9, 2023, the Company issued a press release entitled "Sema4 Announces Name Change to GeneDx and Provides Preliminary 2022 Financial Results and 2023 Guidance. Within the press release, the Company stated the following:

STAMFORD, Conn, Jan. 09, 2023 (GLOBE NEWSWIRE) -- Sema4 (Nasdaq: SMFR) today announced it has changed its name from Sema4 Holdings Corp. to GeneDx Holdings Corp. GeneDx (Nasdaq: WGS), a leader in delivering improved health outcomes through genomic and clinical insights, is uniquely positioned to accelerate the use of genomic and large-scale clinical information to enable precision medicine as the standard of care.

GeneDx's industry-leading exome and genome testing is enhanced by Centrellis®, its innovative health information platform. Powered by one of the world's largest rare-disease datasets and millions of medical records, Centrellis integrates digital tools with artificial intelligence to ingest and synthesize clinical and genomic data. GeneDx is developing a more complete understanding of complex disease than ever before, which translates to faster diagnoses, more effective treatment plans and enhanced drug discovery.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis. By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power of genomic insights with clinical data to improve health care for people and populations," said Katherine Stueland, President and CEO of GeneDx.

In conjunction with the name change, GeneDx's shares of Class A common stock will trade under the new ticker symbol "WGS," in recognition of the Company's role in pioneering whole genome sequencing (WGS). The company expects its shares of Class A common stock will begin trading on the NASDAQ Stock Market under the new name and stock ticker symbol on January 10, 2023.

## I.    Preliminary 2022 Financial Results (Unaudited)

Excluding revenues and costs from the previously announced exited reproductive health and somatic tumor testing businesses, management expects GeneDx to:

- Generate pro forma revenues between $170-173 million in 2022, an approximate 37-40% increase from pro forma $123.7 million in 2021;
- Produce pro forma test result volume of more than 180,000 in 2022, an approximate 23% increase from pro forma test result volume of 147,000 in 2021; and
- Deliver pro forma adjusted gross margin between 38-41% in 2022, up from 34% in 2021.

"We are pleased by the acceleration of our business throughout 2022, especially the fourth quarter which set a new all-time high for test result volume. Our preliminary results, which exceeded our outlook a year ago, validate our strategy to target higher growth areas of the genomics market," said Kevin Feeley, Chief Financial Officer of GeneDx.

**II.   2023 Guidance (Unaudited)**

The continuing operations of GeneDx, excluding revenues and costs from exited business activities, are expected to:

- Generate revenues between $205-220 million for full year 2023;
- Expand gross margin profile in 2023 and beyond;
- Use net $95-110 million of cash in 2023 for continuing operations. Inclusive of servicing obligations of the exited business activities, the Company's cash burn in 2023 is expected to be in the range of $130-145 million and;
- Turn profitable in 2025.

GeneDx has not completed the preparation of its consolidated financial statements for the year ended December 31, 2022. The preliminary, unaudited results presented in this press release for the year ended December 31, 2022, are based on current expectations and are subject to adjustment, as the company completes the preparation of its 2022 year-end consolidated financial statements and its 2022 year-end audit. Further, the preliminary unadjusted results for 2022 and the comparable results for 2021 are presented on a pro forma basis assuming GeneDx and Sema4 were combined for the entirety of 2021 and 2022 and exclude the revenues and costs from the exited reproductive health and somatic tumor testing businesses. Actual results may differ materially from those disclosed in this press release and will include the results of the legacy GeneDx business only from the date of Sema4 Holdings Corp.'s acquisition of GeneDx on April 29, 2022, the purchase accounting associated with the acquisition of GeneDx, and will also include the financial impacts of exited Sema4 business activities for the full year.

GeneDx will report its full financial results and other metrics during its fourth quarter and year-end 2022 conference call in early March.

77.    On January 10, 2023, the *CT Insider* issued an article entitled "Embattled CT company Sema4 announces name change as it cuts jobs," which reported the following:

III.   STAMFORD — *Genomic testing company Sema4, which recently announced plans to cut several hundred jobs and close its laboratories in Connecticut, announced Monday the change of its name to GeneDx, the Maryland-based genomic testing provider that it acquired last year.*

The new name is the latest sign of the far-reaching impact of the acquisition of GeneDx, whose chief executive officer, Katherine Stueland, is now the combined companies' CEO and president.

Since its spin-off in 2017 from the Mount Sinai Health System, Sema4 had gone by that name, which refers to semaphore, a system used to send signals. In previous statements, the company has said it aimed to "discern signal from noise across trillions of data points" to gain insights into human health.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis," Stueland said in a statement. "By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power of genomic insights with clinical data to improve health care for people and populations."

The name change does not indicate, however, any plans by the company to move its headquarters to Gaithersburg, Md., the home city of GeneDx. In response to an inquiry from Hearst Connecticut Media Group, a Sema4 spokesperson said Monday that the main offices would remain at 333 Ludlow St., in the South End of Stamford.

***IV.      But the lab shutdowns in Connecticut are proceeding. The facilities at 1 Commercial St., in Branford, and 62 Southfield Ave., in Stamford, are scheduled to close by the end of the first quarter of this year, according to the spokesperson. Those shutdowns, which were announced last year, reflect the company's exit from testing for reproductive health and somatic tumors. A facility in Gaithersburg will serve as the company's primary lab.***

As a result of the restructuring, the company also announced last year two rounds of layoffs, affecting a total about 700 employees — with those positions largely based in Connecticut. The company now has about 1,100 employees.

Alongside the name change, GeneDx's shares of Class A common stock will trade under a new ticker symbol, "WGS," which recognizes the company's role in "pioneering" whole genome sequencing. The company expects its shares of Class A common stock to start trading Tuesday on the NASDAQ Stock Market under the new name and ticker symbol.

Also Monday, the company disclosed preliminary results for the past year and some projections about its performance. It expects its "pro forma" 2022 revenues to increase about 37 to 40 percent year over year, to between $170 million and $173 million. Those numbers exclude returns from reproductive health and somatic tumor testing.

The company expects further revenue growth in 2023, while it aims to turn profitable in 2025. For the first nine months of 2022, it sustained a loss of about
$240 million.

Following Monday's announcements, the company's shares closed for the day at $0.31, a 27 percent jump from last Friday. *But its share price has declined precipitously in recent months, as it was worth about 15 times its current value at this point a year ago.*

**V.      As a result of the plunge, the company was informed on Dec. 28 by Nasdaq that, based on the closing bid price of its Class A common stock for the past 30 trading days, it no longer complied with the required minimum bid price of $1 per share for continued listing on the Global Select Market.**

The notice had no immediate effect because the company was given an initial compliance period of 180 days. To regain compliance, the closing bid price of the Class A common stock must reach at least $1 per share for a minimum of 10 consecutive trading days before June 26.

### The Misrepresentations Concerned Sema4's Core Operations

78.      The misrepresentations at issue concerned Sema4's core operations. The Company's core business was its diagnostic testing—for example, in 2021, 76% of the Company's revenue was generated by reimbursement from health plans for its diagnostic testing. However, the Individual Defendants touted the Company's expansion beyond diagnostic testing into data platforms, namely, its core information platform called Centrellis as a major driver of the Company's ongoing success.

79.      Sema4's diagnostic testing business was dependent on the extent that payors would reimburse patients for the Company's diagnostic tests—indeed, as stated in the Company's 2021 Form 10-K:

Sales of our products and services will therefore depend substantially on the extent to which the costs of our products and services will be paid by

37

third- party payors …. Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors.

80.     During 2021, reimbursement from health plans represented 79% and 76% of the Company's diagnostic test revenue and total revenue, respectively.  In 2021, two health plans each represented 10% or more of the Company's total revenue.  The Company's ability to increase test volumes, ASPs and the Company's overall success was dependent on receiving adequate reimbursement for its tests.  And to achieve adequate reimbursement for its tests, the Company needed to become in network with as many major payors as possible because otherwise, patients would be far less likely to order testing if their insurance was not going to provide coverage for the costs of testing and physicians would be less likely to recommend the Company's products or services to patients.

81.     The Company also stood to enter a lucrative agreement with GeneDx upon raising sufficient capital to finance the acquisition, which defendants represented to investors would markedly increase the Company's total revenues and would enhance the Company's business opportunities and profitability, particularly with respect to Centrellis.  For example, on the Company's Q4 2021 public conference call on March 14, 2022, defendant Schadt stated,

> Building upon the success that has propelled Sema4, we recently announced our plans to acquire GeneDx, a world leader in the delivery of clinical genomic solutions for rare disorders.  The acquisition of GeneDx will transform Sema4 into a larger and stronger company with a faster path to profitability …. [W]e project that the combined company will deliver annual revenue of approximately $350 million in 2022 …. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.

38

> Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

82.     That the Individual Defendants were at all relevant times, high-ranking executives and officers of the Company who were involved in the Company's day-to-day operations, demonstrates their knowledge of the falsity of the misrepresentations. Defendant Schadt, as founder, CEO and then co-CEO of the Company until August 15, 2022, undoubtedly knew and had access to material adverse information. Indeed, as the Company indicated in its 2021 Form 10-K, "[t]he Company operates and manages its business as one reportable operating segment based on how the Chief Executive Officer (Schadt), who is the Company's chief operating decision maker ("CODM"), assess performance and allocates resources across the business." Defendant Schadt signed and certified pursuant to the Sarbanes-Oxley Act of 2002 the Company's 2021 Form 10-K, filed with the SEC on March 14, 2022. Defendant Schadt also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

83.     Defendant Ro, who served as the Company's CFO until June 14, 2022, also signed and certified the Company's SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's 2021 Form 10-K and the Company's Form 10-Q filed with the SEC on May 12, 2022. Defendant Ro also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

84.     As part of its acquisition of GeneDx from Opko Health, Sema4 named former GeneDx President and CEO Katherine Stueland as its new CEO in May 2022. Defendant Stueland replaced Sema4 Founder defendant Schadt, who became president and chief R&D officer. This

represents a change from previously announced plans for defendants Stueland and Schadt to share the CEO role. Additionally, in the Company's June 14, 2022 press release, Sema4 announced that effective immediately, defendant Miao, who previously served as Sema4's Deputy CFO, would serve as Interim CFO while the Company conducted a search for a permanent CFO. The Company indicated in the press release that "Mr. Miao has more than 18 years of experience in Corporate Finance across multiple growth industries and will report directly to Ms. Stueland in his interim role."

85.     Defendant Stueland signed and certified the Company's Class Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on May 12, 2022 and the Company's Form 10-Q filed with the SEC on August 15, 2022. Defendant Stueland also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

86.     Defendant Miao signed and certified the Company's Class Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on August 15, 2022.

### *Sema4's History Of Material Weaknesses In Financial Reporting*

87.     The Company also had a history of material weaknesses in its internal controls. For example, as stated in the Company's 2021 Form 10-K, the Company identified material weaknesses in its internal control over financial reporting as of December 31, 2020, which had not been fully remediated as of December 31, 2021. Further, "during 2021, management identified a misclassification related to certain costs included within cost of services for the years ended

December 31, 2021, 2020 and 2019." The material weaknesses management identified included

the following:

- We did not design and maintain accounting policies, processes and controls to analyze, account for and report our revenue arrangements in accordance with ASC 606, Revenue from Contracts with Customers, and ASC 605, Revenue Recognition.

- We did not design and maintain formal accounting policies, procedures and controls to achieve complete, accurate and timely financial accounting, reporting and disclosures, including controls over the preparation and review of account reconciliations and journal entries; the accounting for cost capitalization policies in accordance with ASC 330, Inventory, and ASC 350-40, Intangibles—Goodwill and Other— Internal-Use Software; and the application of ASC 840, Leases.

- We had not developed and effectively communicated to our employees our accounting policies and procedures, which resulted in inconsistent practices. Since these entity level programs have a pervasive effect across the organization, management has determined that these circumstances constitute a material weakness.

- Our accounting and operating systems lacked controls over access, and program change management that are needed to ensure access to financial data is adequately restricted to appropriate personnel.

- We do not have sufficient, qualified finance and accounting staff with the appropriate U.S. GAAP technical accounting expertise to identify, evaluate and account for accounting and financial reporting, and effectively design and implement systems and processes that allow for the timely production of accurate financial information in accordance with internal financial reporting timelines, commensurate with our size and the nature and complexity of our operations. As a result, we did not design and maintain formal accounting policies, processes and controls related to complex transactions necessary for an effective financial reporting process.

88.    In connection with these material weaknesses in internal control over financial

reporting, the Company had to restate its annual 2020 and 2019 financial statements to correct

misclassification pertaining to the misclassification of certain expenses related to the genetic

counseling department reported in cost of services that should have been reported in selling and marketing in the prior period financial statements.

89.     Additionally, the Company restated 2021 and 2020 interim financial statements. The Company identified quarterly out of period adjustments generally related to recognition of cost of services in the quarterly periods ended March 31, 2021, June 30, 2021 and September 30, 2021. The adjustments also affected certain current asset and liability accounts previously reported in the condensed balance sheets as of March 31, 2021 and June 30, 2021 and condensed consolidated balance sheets as of September 30, 2021.

### *Harm to the Company*

90.     As a direct and proximate result of the Individual Defendants' misconduct, Sema4 has lost and expended, and will lose and expend, millions of dollars.

91.     Such expenditures include, but are not limited to, legal fees associated with the Securities Action filed against the Company and its executives, and amounts paid to outside lawyers, accountants, and investigators in connection thereto.

92.     Such expenditures also include, but are not limited to, the cost of implementing measures to remediate the material weaknesses in the Company's internal control over financial reporting.

93.     Such losses also include, but are not limited to, significant compensation and benefits paid to the Individual Defendants who breached their fiduciary duties to the Company, including bonuses tied to the Company's attainment of certain objectives, and benefits paid to the Individual Defendants who breached their fiduciary duties to the Company.

94.     As a direct and proximate result of the Individual Defendants' conduct, Sema4 has also suffered and will continue to suffer a loss of reputation and goodwill, and a "liar's discount" that will plague the Company's stock in the future due to the Company's misrepresentations and the Individual Defendants' breaches of fiduciary duties and unjust enrichment.

### DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

95.     Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress injuries suffered and to be suffered as a direct and proximate result of the breaches of fiduciary duties by the Individual Defendants.

96.     Sema4 is named solely as a nominal party in this action.  This is not a collusive action to confer jurisdiction on this Court that it would otherwise not have.

97.     Plaintiff is an owner of GeneDx, formerly Sema4, common stock and has been a continuous shareholder of Company stock at all relevant times.

98.     Plaintiff will adequately and fairly represent the interests of the Company in enforcing and prosecuting its rights and retained counsel competent and experienced in derivative litigation.

99.     A pre-suit demand on the Board of Sema4 is futile and, therefore, excused. At the time this action was commenced, the seven-member Board consisted of Director Defendants Stueland, Ryan, Casdin, Leproust, Meister, and Ruch and non-defendant Richard Pfenninger, Jr. As set forth below, six of the seven members of the current Board are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action because they face a substantial likelihood of liability for misconduct alleged herein. Therefore, demand on

the Board to institute this action is not necessary because such a demand would have been a futile and useless act.

100.    The Director Defendants either knew, or should have known, of the materially false and misleading statements that were issued on the Company's behalf and took no steps in a good faith effort to prevent or remedy that situation.

101.    Each of the Director Defendants approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein and are therefore not disinterested parties.

102.    Each of the Director Defendants authorized and/or permitted false statements to be disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

103.    Director Defendants Ryan, Casdin, Leproust, Meister, and Ruch signed the 2021 10-K.

104.    Additionally, the Director Defendants received payments, benefits, stock options, and other emoluments by virtue of their membership on the Board and their control of the Company.

105.    Moreover, the Director Defendants willfully ignored, or recklessly failed to inform themselves of, the obvious problems with the Company's internal controls, practices, and

procedures and failed to make a good faith effort to correct the problems or prevent their recurrence.

106. Additionally, the Director Defendants took no action to redress the harm suffered by the Company resulting from the misconduct alleged herein.

107. Defendants Leproust and Meister (the "Audit Committee Defendants") serve on the Company's Audit Committee and, pursuant to the Audit Committee Charter, were specifically charged with the responsibility to assist the Board in fulfilling its oversight responsibilities related to, *inter alia*, financial accounting and reporting, the underlying internal controls and procedures over financial reporting, and audits of the financial statements. At all relevant times, however, the Audit Committee Defendants breached their fiduciary duty to the Company by failing to prevent, correct, or inform the Board of the issuance of material misstatements and omissions regarding the Company's business, finances, and operations as alleged above. Therefore, the Audit Committee Defendants cannot independently consider any demand to sue themselves for breaching their fiduciary duties to the Company, as that would expose them to substantial liability and threaten their livelihoods.

108. The Director Defendants, as members of the Board, were and are subject to the Company's Code of Conduct. The Code of Conduct goes well beyond the basic fiduciary duties required by applicable laws, rules, and regulations, requiring the Director Defendants to also adhere to the Company's standards of business conduct. The Director Defendants violated the Code of Conduct because they knowingly or recklessly participated in making and/or causing the Company to make the materially false and misleading statements alleged herein. Because the

Director Defendants violated the Code of Conduct, they face a substantial likelihood of liability for breaching their fiduciary duties, and therefore demand upon them is futile.

109.    In addition, defendant Stueland has been named as a defendant in the Securities Action and, therefore, faces a substantial likelihood of liability for issuing and/or authorizing the issuance of the same materially false and misleading statements at issue in this action. Defendant Stueland, therefore, cannot exercise independent business judgment regarding allegations that arise from the same misconduct alleged here and in the Securities Action. Thus, any demand upon defendant Stueland would be futile.

110.    Moreover, the Director Defendants have taken no remedial action to redress the conduct alleged herein.

<u>**COUNT I**</u>

**Against The Individual Defendants For Violations of § 10(b)
of the Exchange Act and Rule 10b-5**

111.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

112.    The Individual Defendants violated § 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

113.    The Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under

which they were made, not misleading.

114.    The Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they: (i) employed devices, schemes and artifices to defraud; (ii) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or (iii) engaged in acts, practices and a course of business that operated as a fraud or deceit upon stockholders.

115.    The Individual Defendants acted with scienter because they (i) knew that the public documents and statements issued or disseminated in the name of Sema4 were materially false and misleading; (ii) knew that such statements or documents would be issued or disseminated to the investing public; and (iii) knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws.

116.    The Individual Defendants, by virtue of their receipt of information reflecting the true facts of Sema4, their control over, and/or receipt and/or modification of Sema4's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning Sema4, participated in the fraudulent scheme alleged herein.

117.    As a result of the foregoing, the market price of Sema4 common stock was artificially inflated. In ignorance of the falsity of the statements, stockholders relied on the statements described above and/or the integrity of the market price of Sema4 common stock in purchasing Sema4 common stock at prices that were artificially inflated as a result of these false and misleading statements and was damaged thereby.

47

118.    In addition, as a result of the wrongful conduct alleged herein, the Company has suffered significant damages, including the costs and expenses incurred in defending itself in the Securities Action and reputational harm.  The Individual Defendants, through their violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5, have caused Sema4 to expend significant defense costs and exposed the Company to millions of dollars in potential class-wide damages in the Securities Action.

## COUNT II

### Against The Individual Defendants
### For Breach Of Fiduciary Duty

119.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

120.    The Individual Defendants owe the Company fiduciary obligations. By reason of their fiduciary relationships, the Individual Defendants owed the Company the highest obligation of good faith, candor, loyalty, and due care.

121.    The Individual Defendants willfully ignored the obvious deficiencies in the Company's internal controls, practices, and procedures and failed to make a good faith effort to correct the problems or prevent their recurrence.

122.    The Individual Defendants engaged in a sustained and systematic failure to properly exercise their fiduciary duties. Among other things, the Individual Defendants breached their fiduciary duties of loyalty and good faith by permitting the use of inadequate practices and procedures to guide the truthful dissemination of Company news to the investing public and to the

Company's shareholders, allowing or permitting false and misleading statements to be disseminated in the Company's SEC filings and other disclosures and, otherwise failing to ensure that adequate internal controls were in place regarding the serious business reporting issues and deficiencies described above. These actions could not have been a good faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

123.    As a direct and proximate result of the Individual Defendants' failure to fulfill their fiduciary obligations, the Company has sustained significant damages.

124.    As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company. As a direct and proximate result of the Individual Defendants' breach of their fiduciary duties, the Company has suffered damage, not only monetarily, but also to its corporate image and goodwill. Such damage includes, among other things, costs incurred in defending itself in the Securities Action, exposing the Company to millions of dollars in potential class-wide damages in the Securities Action, and damage to the share price of the Company's stock, resulting in an increased cost of capital, and reputational harm.

125.    Plaintiff, on behalf of Sema4, has no adequate remedy at law.

## COUNT III

### Against The Individual Defendants for Aiding and
### Abetting Breach of Fiduciary Duty

126.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

127.    By encouraging and accomplishing the illegal and improper transactions alleged

herein and concealing them from the public, the Individual Defendants have each encouraged, facilitated, and advanced their breach of their fiduciary duties. In so doing, the Individual Defendants have each aided and abetted, conspired, and schemed with one another to breach their fiduciary duties, waste the Company's corporate assets, and engage in the ultra vires and illegal conduct complained of herein.

128.    Plaintiff on behalf of Sema4 has no adequate remedy at law.

## COUNT IV

### Against The Individual Defendants for Unjust Enrichment

129.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

130.    By their wrongful acts, violations of law, and false and misleading statements and omissions of material fact that they made and/or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and to the detriment of, Sema4.

131.    The Individual Defendants either benefitted financially from the improper conduct, or received bonuses, stock options, or similar compensation from Sema4 that was tied to the performance or artificially inflated valuation of Sema4 or received compensation that was unjust in light of the Individual Defendants' bad faith conduct.

132.    Plaintiff, as a shareholder and a representative of Sema4, seeks restitution from the Individual Defendants and seeks an order from this Court disgorging all profits, benefits and other compensation procured by the Individual Defendants due to their wrongful conduct and breach of their fiduciary and contractual duties.

133.     Plaintiff on behalf of Sema4 has no adequate remedy at law.

## COUNT V

### Against The Individual Defendants For Waste Of Corporate Assets

134.     Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

135.     The Individual Defendants breached their fiduciary duties by failing to properly supervise and monitor the adequacy of the Company's internal controls, by issuing, causing the issuance of, and/or failing to correct the false and misleading statements identified herein, and by allowing the Company to engage in an illegal, unethical, and improper course of conduct, which was continuous, connected, and ongoing at all relevant times.

136.     As a result of the misconduct described above, the Individual Defendants wasted corporate assets by, *inter alia*: (a) paying and collecting excessive compensation and bonuses; and (b) incurring potentially millions of dollars of legal liability and/or legal costs, including defending the Company and its officers against the Securities Action.

137.     As a result of the waste of corporate assets, the Individual Defendants are liable to the Company.

138.     Plaintiff on behalf Sema4 has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     Declaring that Plaintiff may maintain this derivative action on behalf of Sema4 and that Plaintiff is a proper and adequate representative of the Company;

51

B.  Awarding the amount of damages sustained by the Company as a result of the Individual Defendants' breaches of fiduciary duties and unjust enrichment;

C.  Directing Sema4 to take all necessary actions to reform and improve its corporate governance and internal procedures to protect Sema4 and its stockholders from a repeat of the damaging events described herein, including, but not limited to:

- strengthening the Board's supervision of operations and compliance with applicable state and federal laws and regulations;

- strengthening the Company's internal reporting and financial disclosure controls;

- developing and implementing procedures for greater shareholder input into the policies and guidelines of the Board; and

- strengthening the Company's internal operational control functions;

C.  Awarding punitive damages;

D.  Awarding costs and disbursements of this action, including reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses; and

E.  Granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Dated: November 28, 2023

**RIGRODSKY LAW, P.A.**

By:   */s/ Seth D. Rigrodsky*

Of Counsel:

**MORRIS KANDINOV LLP**
Leonid Kandinov
Aaron T. Morris
550 West B Street, 4th Floor
San Diego, CA 92101
(877) 216-1552
leo@moka.law
aaron@moka.law

Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*