## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA E. ABU GHAZALEH, Derivatively on Behalf of Nominal Defendant GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, RICHARD MIAO, JASON RYAN, ELI D. CASDIN, EMILY LEPROUST, KEITH MEISTER, JOSHUA RUCH, RACHEL SHERMAN, NAT TURNER, DENNIS CHARNEY, and MICHAEL PELLINI, <br><br> Defendants, <br><br> and <br><br> GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP., <br><br> Nominal Defendant. | Civil Action No. 1:23-cv-01357-GBW |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Dean Kristy and Catherine D. Kevane of Fenwick & West LLP, 555 California Street, Suite 1200, San Francisco, CA 94104, to represent Defendants in the above-captioned action.

|  |  |
|---|---|
|  | */s/ Nicholas D. Mozal*<br>T. Brad Davey (#5094)<br>Nicholas D. Mozal (#5838)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>bdavey@potteranderson.com<br>nmozal@potteranderson.com |
| Dated: February 28, 2024 | *Attorneys for Defendants* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____                               _____
                                                The Honorable Gregory B. Williams
                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  February 28, 2024

*/s/ Dean Kristy*
Dean Kristy, Esq.
**FENWICK & WEST LLP**
555 California Street, Suite 1200
San Francisco, CA 94104
(415) 875-2300
dkristy@fenwick.com

*Attorney for Defendants*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  February 28, 2024　　　　　　　　　　*/s/ Catherine D. Kevane*
　　　　　　　　　　　　　　　　　　　　　　Catherine D. Kevane, Esq.
　　　　　　　　　　　　　　　　　　　　　　**FENWICK & WEST LLP**
　　　　　　　　　　　　　　　　　　　　　　555 California Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　(415) 875-2300
　　　　　　　　　　　　　　　　　　　　　　ckevane@fenwick.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*